**No. 40496.**—Protests 811770–G, etc., of George E. Warren Corporation et al. (Providence, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 23, 1939

**No. 40497.**—Protest 955956–G of Basil Khoury (New York).

Opinion by TILSON, J. On the authority of Abstract 36849 the handkerchiefs in question were held dutiable at 2 cents each and 30 percent ad valorem under paragraph 1529 (b) and the Swiss Trade Agreement.

**No. 40498.**—Protest 957988–G of Hori Brothers (Los Angeles).

Opinion by TILSON, J. The record showed that the merchandise consists of purses in chief value of silk. The claim at 65 percent under paragraph 1211 was therefore sustained.

**No. 40499.**—Protests 641524–G, etc., of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. The record established that certain items consist of woven mufflers in chief value of silk. The claim at 60 percent under paragraph 1209 was therefore sustained.

**No. 40500.**—Protest 259231–G of Zendman & Goldsmith (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel fabrics or articles in chief value of silk the same as those passed upon in Abstract 37230 were held dutiable at 60 percent under paragraph 31. On the authority of *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) flouncings, trimmings, allovers, galloons, and insertings composed of net and embroidered were held dutiable at 75 percent under paragraph 1430.

**No. 40501.**—Protest 802082–G (B) of Caradine Hat Co. (San Francisco).

Opinion by TILSON, J. As the protest was not filed within the statutory time it was dismissed as untimely.

**No. 40502.**—Protests 943020–G, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.